Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **J & J Sports Productions, Inc.,** | **CASE NO. 2:16-cv-00810-JAM-CKD** |
| **Plaintiff,** | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JASON DONNELL RUCKER, individually and d/b/a M & J BISTRO; and EGUNA BASQUE, LLC, an unknown business entity d/b/a M & J BISTRO** |
| vs. | |
| **Jason Donnell Rucker, et al.,** | |
| **Defendants.** | |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JASON DONNELL RUCKER, individually and d/b/a M & J BISTRO and EGUNA BASQUE, LLC, an unknown business entity d/b/a M & J BISTRO, that the above-entitled defendant is hereby dismissed **without prejudice** and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by July 8, 2017 the dismissal shall be deemed to be **with prejudice**.

///
///
///
///
///

1    This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).   Each Party

2  referenced-above shall bear its own attorneys' fees and costs.

3

4

5

6  Dated:  8/15/2016                  /s/_____

   **LAW OFFICES OF THOMAS P. RILEY, P.C.**

7  By:  Thomas P. Riley

   Attorneys for Plaintiff

8  J & J SPORTS PRODUCTIONS, INC.

9

10

11 Dated: 8/15/2016                   /s/_____

12 **JASON DONNELL RUCKER**

   individually and as an Authorized Representative of

13 Eguna Basque, LLC, d/b/a M & J Bistro

14

15

16

17

18 **IT IS SO ORDERED**:

19

20

   Dated:  8/16/2016             /s/ John A. Mendez_____

21 **The Honorable John A. Mendez**

   **United States District Court**

22 **Eastern District of California**

23

24

25

26

27

28

**STIPULATION OF DISMISSAL**
**Case No. 2:16-cv-00810-JAM-CKD**
**PAGE 2**